IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR88 |
| | ) | |
| v. | ) | |
| | ) | |
| DONNELL PIERCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      The Court has been advised defendant wishes to enter a plea.  Accordingly,

      IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Wednesday, May 23, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The additional time will give counsel adequate time to complete plea negotiations and will accommodate the Court's schedule.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 7, 2007, and May 23, 2007, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court