# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:07CR88** |
| vs. | ) | **ORDER** |
| **DONNELL L. PIERCE,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Donnell L. Pierce (Pierce) to review detention (Filing No. 26). Pierce seeks release from CH, Inc., and to reside with his family. Pierce also requests an evidentiary hearing on the motion. Following an investigation by Pretrial Services, Pierce's request for release from CH, Inc., to reside with his family is granted. An evidentiary hearing will be unnecessary and such request is denied. Pierce, his counsel, and Pretrial Services shall execute a Consent to Modify the Conditions of Release incorporating the provisions of the motion along with such other conditions as will be required by Pretrial Services to supervise Pierce. Such a Consent to Modify will be completed during the week of May 14 -18, 2007.

**IT IS SO ORDERED.**

DATED this 10th day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge