IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR88 |
| | ) | |
| v. | ) | |
| | ) | |
| DONNELL PIERCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to restrict (Filing No. 38).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's motion is granted; the sentencing memorandum may be filed as restricted pursuant to the E-Government Act.

      DATED this 9th day of August, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court