IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR88 |
| | ) | |
| v. | ) | |
| | ) | |
| DONNELL PIERCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 66) and motion to review detention (Filing No. 67). The Court has reviewed the motions and the recommendation of the probation officer concerning detention. Accordingly,

IT IS ORDERED:

1) Defendant's motion to restrict is granted; the motion to review detention may be filed as restricted pursuant to the E-Government Act.

2) Defendant's motion to review detention is denied; no hearing will be held.

3) The dispositional hearing on the petitions for warrant or summons for offender under supervision (Filing Nos. 49 and 53) remains scheduled for:

**Friday, August 28, 2009, at 10 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court