IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:07CR88
                             )
      v.                     )
                             )
DONNELL PIERCE,              )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue disposition (Filing No. 69). The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that defendant's motion is granted; the final dispositional hearing is rescheduled for:

**Thursday, October 22, 2009, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court