## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR88 |
| Plaintiff, | ) | 8:09CR278 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONNELL L. PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions of Assistant Federal Public Defender Jessica P. Douglas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Donnell L. Pierce (Pierce) (Filing No. 75 in Case No. 8:07CR88)(Filing No. 23 in Case No. 8:09CR278). Ms. Douglas represents she has a conflict of interest in these matters. Ms. Douglas's and the Office of the Federal Public Defender's motions to withdraw (Filing No. 75 in Case No. 8:07CR88)(Filing No. 23 in Case No. 8:09CR278) are granted.

James J. Regan, 1905 Harney Street, Omaha, NE 68102, (402) 341-2020, is appointed to represent Pierce for the balance of these proceedings (in Case No. 8:07CR88 and in Case No. 8:09CR278) pursuant to the Criminal Justice Act. The clerk shall provide a copy of this order to Mr. Regan, and he shall file his appearance forthwith in both cases.

**IT IS SO ORDERED.**

DATED this 6th day of January, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge