IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )            8:07CR88
                               )
        v.                     )
                               )
DONNELL PIERCE,                )            ORDER
                               )
            Defendant.         )
_____)
```

The petitions for offender under supervision having been dismissed,

IT IS ORDERED that the term of supervised release originally imposed in this matter is terminated.

DATED this 23rd day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court