IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:07CR88
                             )
      v.                     )
                             )
DONNELL PIERCE,              )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on a request to receive a copy of his judgment and commitment and statement of reasons, along with the sentencing transcript (Filing No. 81). The Court notes, first of all, that no sentencing transcript was transcribed. The Court further notes plaintiff has not submitted payment for the copies. Accordingly,

IT IS ORDERED that plaintiff's motion is denied without prejudice. Plaintiff may contact the office of the clerk of the United States District Court concerning the cost for copies of his judgment and commitment and statement of reasons.

DATED this 24th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court